IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hughes Jr, Charles M

Printed: 12/19/07

Case Number: 07 B 04075
Judge: Goldgar, A. Benjamin
Filed: 3/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 6, 2007
Confirmed: June 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,277.10 |
| Trustee Fee: |  | 72.90 |
| Other Funds: |  | 0.00 |
| Totals: | 1,350.00 | 1,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,324.00 | 1,277.10 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 14,258.64 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 152.58 | 0.00 |
| 5. | Global Payments | Unsecured | 793.75 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 8,531.46 | 0.00 |
| 7. | Global Payments | Unsecured | 25.44 | 0.00 |
|  |  |  | $ 25,085.87 | $ 1,277.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 72.90 |
|  | $ 72.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

